# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

SANDRA HOLT,                          Civil File No. 09-cv-01064-DW

    Plaintiff,

vs.                                          **NOTICE OF DISMISSAL**
                                                       **WITH PREJUDICE**

LEADING EDGE RECOVERY SOLUTIONS, LLC,

    Defendant.

---

**NOTICE IS HEREBY GIVEN** that, pursuant to Fed. R. Civ. P. 41(a)(1)(i), the above-entitled action by Plaintiff may be, and hereby is dismissed on its merits with prejudice, without costs, disbursements or attorney's fees to any party, and that a judgment of dismissal with prejudice and on the merits may be entered in the above-entitled action pursuant hereto.

                                       Respectfully submitted,

Dated: 02/11/2010                  By /s/J. Mark Meinhardt
                                       J. Mark Meinhardt, #53501
                                       4707 College Boulevard, Suite 100
                                       Leawood, KS 66211
                                       (913) 451-9797
                                       (913) 451-6163 (fax)
                                       ATTORNEY FOR PLAINTIFF