# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | |
|---|---|
| SANDRA HOLT, | ) |
| Plaintiff, | ) |
| v. | ) No. 09-1064-CV-W-DW |
| LEADING EDGE RECOVERY SOLUTIONS, LLC, | ) |
| Defendant. | ) |

## ORDER OF DISMISSAL

Before the Court is the Plaintiff's Notice of Voluntary Dismissal with Prejudice (Doc. 4). Pursuant to Federal Rule of Civil Procedure 41(a), the Court DISMISSES the above-styled action *with prejudice*. The fees and costs associated with this action shall be borne by the parties individually. The Clerk of the Court is directed to mark this action as closed.

Date:   February 17, 2010            /s/ Dean Whipple
                                     Dean Whipple
                                     United States District Judge